IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND,        No. C 09-05807 CW

                                        ORDER

        Plaintiff,

    v.

SOUTHER ELECTRIC, INC.,

        Defendant.

_____/

Default having been entered by the Clerk on March 18, 2010,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for April 27, 2010 is continued to September 14, 2010 at 2:00 p.m.

Dated: 3/25/2010

CLAUDIA WILKEN
United States District Judge

cc: Wings