UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND, et al., | |
| Plaintiffs, | No. C 09-05807 EDL |
| v. | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| SOUTHER ELECTRIC, INC., | [Reassigned Case] |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Elizabeth D. Laporte, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on October 12, 2010 at 10:00 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements, no additional case management statements need be filed unless there are any updates to the parties' September 7, 2010 statement.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**."  One copy shall be clearly marked as a chambers copy.

Dated:  September 30, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge