CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

MICHAEL P. QUINLIVAN (SBN58062)
KOUNS, QUINLIVAN & SEVERSON
Ten Almaden Blvd., Suite 12500
San Jose, CA 95113
Tel: (408) 278-0125/Fax: (408) 292-1257
kqslaw@aol.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS et al<br><br>Plaintiffs,<br>v.<br><br>SOUTHER ELECTRIC, INC., a California corporation<br><br>Defendant | Case No. 4:09-CV-05807-CW-EDL<br><br>**STIPULATION AND [Proposed] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Date:     November 15, 2010<br>Time:    11:00 a.m.<br>Location: Courtroom 4, 3rd Floor |

Counsel for both parties to this action wish to inform the Court that they have unavoidable scheduling conflicts on November 15, 2010, and would not be able to attend the Settlement Conference currently scheduled for that date. Plaintiffs' counsel was informed by the Court that the Court is available on November 30 at 11:30 a.m. Counsel have met and conferred and stipulate that the parties and their counsel are available at this date and time. Accordingly, the parties hereby request that the Settlement Conference in this matter be continued until November 30, 2010 at 11:30 a.m.

1

Dated: November 3, 2010

Respectfully Submitted,
LEONARD CARDER LLP

By: _____
Phil A Thomas
Attorneys for Plaintiffs

Dated: November 3, 2010

Respectfully Submitted,
KOUNS, QUINLIVAN & SEVERSON

By: _____
Michael P. Quinlivan
Attorneys for Defendant

### [Proposed] ORDER

Having reviewed the stipulation of the parties, the Court confirms the stipulation and orders that the Scheduling Conference currently set for November 15, 2010 be continued to November 30, 2010 at 11:30 a.m.

Dated: November 9, 2010

IT IS SO ORDERED

Hon. Laurel Beeler
U.S. Magistrate Judge
Judge Laurel Beeler

2

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE